# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE AYALA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:19-cv-1546JVS(DFMx)<br><br>**JUDGMENT ON DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

# JUDGMENT

Pursuant to the Court's Order:

IT IS ORDERED that Defendant Costco Wholesale Corporation's Motion for Summary Judgment is granted, pursuant to FRAP 56.

IT IS ORDERED that Plaintiff Guadalupe Ayala take nothing.

IT IS ORDERED that the above captioned action be dismissed.

IT IS FURTHER ORDERED that this is a final order, pursuant to FRAP 4.

Defendant Costco Wholesale Corporation may bring a motion pursuant to FRCP 54 for costs and fees as appropriate.

**IT IS SO ORDERED.**

Dated: September 28, 2020

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 2 Park Plaza, Suite 620, Irvine, CA 92614.

I am not a party to the above-entitled action. I have caused service of the **[PROPOSED] JUDGMENT ON DEFENDANT COSTCO WHOLESALE CORPORATION'S MOTION FOR SUMMARY JUDGMENT JUDGMENT** by serving the below party by the following service:

**X   BY ELECTRONIC TRANSMISSION ONLY:** Service is completed by e-mail of the document(s) to the person at the e-mail address(es) listed on the attached service list, based on notice provided on March 18, 2020 that, during the Coronavirus (COVID-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore only using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after transmission.

| Shahnaz Hussain, Esq.<br>LAW OFFICES OF SHAHNEZ HUSSAIN, ESQ.<br>2670 N. Main Street, Suite 270 Sana Ana, CA 92705 | **Attorneys for Plaintiff Guadalupe Ayala**<br><br>*Ph: (714) 543-9161*<br>*Fax: (714) 543-2796*<br>*shussainlaw@sbcglobal.net* |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 18, 2020 at Irvine, California.

*/s/ Hala A. Mousa*
Hala A. Mousa